UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26- 61223-CV-DIMITROULEAS

ALEJANDRO AROCHA PANOL,

     Petitioner,

v.

CARLOS NUNEZ or Officer In Charge of the
Broward Transitional Center, acting in his
official capacity; GARRETT J. RIPA, Field
Office Director of the Miami Immigration and
Customs Enforcement Office, acting in his
official capacity; TODD LYONS, Acting Director
of United States Immigration and Customs
Enforcement, acting in his official capacity;
MARKWAYNE MULLIN Secretary of the United
States Department of Homeland Security, acting in
his official capacity; TODD BLANCHE, Acting
Attorney General of the United States, acting in his
official capacity; U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT; EXECUTIVE
OFFICE OF IMMIGRATION REVIEW; and
DEPARTMENT OF HOMELAND SECURITY,

     Respondents.

_____/

## ORDER CANCELLING HEARING

**THIS CAUSE** is before the Court on Respondents' Status Report and Request for Cancellation of Hearing [DE 9], filed herein on May 19, 2026. The Court has considered the Status Report [DE 9] and is otherwise fully advised in the premises.  The Status Report states that an immigration bond hearing was held before the Immigration Court on May 15, 2026. *See id.*

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the hearing in this matter scheduled for Wednesday, May 20, 2026 is **CANCELLED**.

The Clerk is **DIRECTED** to **CLOSE** this case.

The Clerk is **DIRECTED** to mail a copy of this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov